**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**JUAN COVARRUBIAS-RODRIGUEZ,**

    *Petitioner*,

v.                                    **Case No. 5:26-CV-0594-JKP**

**KRISTI LYNN NOEM, et al.,**

    *Respondents*.

## FINAL JUDGMENT

For the reasons set forth in the Court's Order issued on this date, Petitioner's petition for writ of habeas corpus is **GRANTED.** Unless Respondents have a written, detailed order from an immigration judge denying bond to Petitioner in a hearing conducted in compliance with due process as set forth in this case, they shall release Petitioner Juan Covarrubias-Rodriguez from custody in accordance with that order.

The Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED this 23rd day of April 2026.**

**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**